UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



-c-**01-907**

ALLSTATE INDEMNITY COMPANY

     Plaintiff,

vs.

JOHN TERRY; JUAN M. MENDOZA, JR.; AND
MAYDA GIUSELLE DEL SID,

     Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Allstate Indemnity Company, by and through its undersigned attorneys, sues the Defendants, John Terry; Juan M. Mendoza, Jr.; and Mayda Giuselle Del Sid, and alleges the following:

1.     This is an action for declaratory judgment brought pursuant to Title 28 U.S.C. Section 2201(a).

2.     This action is within the jurisdiction of the United States District Court pursuant to Title 28 U.S.C. Section 1332(a)(1).

3.     This action is within the jurisdiction of the United States District Court, Southern District of Florida, West Palm Beach Division, in that it involves a matter in controversy exceeding $75,000.00 exclusive of interest and costs, and is between citizens of different states.

4.     At all times material hereto, the Plaintiff, Allstate Indemnity Company, was and now is an Illinois corporation with its principal place of business in Illinois.



5.      At all times material hereto, Defendant, John Terry, was and is a citizen of the State of Florida and a resident of Palm Beach County, Florida.

6.      At all times material hereto, Defendant, Juan M. Mendoza, Jr., was and is a citizen of the State of Florida and a resident of Palm Beach County, Florida.

7.      At all times material hereto, Defendant, Mayda Giuselle Del Sid, was and is a citizen of the State of Florida and a resident of Palm Beach County, Florida.

8.      At all times material hereto, Plaintiff, Allstate Indemnity Company, was a citizen of a different state than each of the Defendants.

9.      Proper venue is the United States District Court, Southern District of Florida, West Palm Beach Division, as the Defendants reside in Palm Beach County, Florida, and the underlying suit filed by Defendants Juan M. Mendoza, Jr. and Mayda Giuselle Del Sid, is presently pending in Palm Beach County, Florida.

10.     On October 5 and 6, 1999, Defendant John Terry was insured by Allstate Indemnity Company, pursuant to an Allstate Business Auto Policy, policy number 649831815 BAP, offering certain liability coverage subject to the terms, conditions, limitations and exclusions in the policy.  A copy of this policy and the applicable declaration pages and endorsements are attached hereto as Exhibit "A".

11.     The insuring obligation with respect to the liability coverage of the business auto policy identified above is found in Section II - Liability Coverage, which provides:

> **A.    Coverage**
>
> We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

(Business Auto Policy, Form BU114-2, page 2).

12.    Plaintiff, Allstate Indemnity Company, has complied with all terms and conditions of the insurance policy referenced above.

13.    Defendants, Juan M. Mendoza, Jr. and Mayda Giuselle Del Sid, have brought a lawsuit against Defendant, John Terry in Case Number CL-00-191A1, filed in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.  A true and correct copy of the Amended Complaint is attached hereto as Exhibit "B" and incorporated by reference herein.

14.    The Amended Complaint in Case Number CL-00-191A1 alleges that on October 5, 1999, John Terry picked up Juan M. Mendoza, Jr., a minor and took him to his home.  It is alleged that Terry and Mendoza consumed large quantities of beer into the early hours of the following morning, October 6, 1999.  *See* paragraph 3 of Amended Complaint.  The Amended Complaint alleges that at approximately 8:00 a.m. on October 6, 1999, at which time Mendoza was still under the influence of the alcohol which Terry had negligently provided to Mendoza, Terry negligently entrusted his 1996 Ford truck to Mendoza, and that Mendoza was subsequently involved in an automobile accident on September 6, 1999.  *See* paragraphs 4 and 5 of Amended Complaint.  The Amended Complaint further alleges that as a direct and proximate result of the negligence of Terry, Mendoza was injured in and about his body and extremities, and/or aggravated a pre-existing injury or condition thereto; suffered pain therefrom; incurred various medical and related expenses in the treatment of his injuries; suffered physical handicap; sustained permanent injuries and/or permanent loss of bodily function; suffered loss of income; and that Mendoza will suffer from such losses and impairments in the future.  *See* paragraph 6 of Amended Complaint.  The Amended Complaint contains four (4) counts: Count I for negligent entrustment; Count II for negligence in making the keys to Terry's vehicle available to Mendoza;

Count III for alleged violation of Florida Statutes § 856.015 (Florida Statute regarding open house parties): and Count IV. a claim by Defendant Mayda Giuselle Del Sid as the mother and natural guardian of Mendoza. Defendants, Juan M. Mendoza, Jr. and Mayda Giuselle Del Sid have through their representatives itemized alleged damages in excess of Three Million Dollars ($3,000,000.00) as a result of the alleged actions of John Terry.

15.  Under the Allstate Indemnity business auto policy referenced above, coverage would not be afforded as a result of the allegations of the Amended Complaint claim asserted in Case Number CL-00-191A1.

16.  Under the Allstate Indemnity business auto policy referenced above, coverage would not be afforded for the injuries and damages alleged in the Amended Complaint asserted in Case Number CL-00-191A1.

17.  It is the position of Allstate Indemnity Company that Defendant John Terry is not entitled to liability insurance coverage because any sums John Terry may be obligated to pay as damages in Case Number CL-00-191A1 would not result from the ownership, maintenance or use of a covered auto. as required by the business auto policy. Rather. any damages assessed against Terry would result from his alleged provision of alcohol to a minor. Nevertheless, Allstate Indemnity Company is in need of and entitled to a declaration of rights regarding same.

18.  There exists a bona fide actual and present dispute between the Defendants and Plaintiff, Allstate Indemnity Company, which requires a declaration of rights under the aforementioned policy of insurance.

19.  Due to the uncertainty of Allstate Indemnity Company as to its rights under the subject insurance policy, it is in need of a judicial interpretation or construction of the aforementioned policy as related to the Amended Complaint filed by Defendants Juan M.

4

Mendoza, Jr. and Mayda Giuselle Del Sid in Case Number CL-00-191A1, and the facts surrounding and pertinent to the allegations contained therein.

20.     Allstate Indemnity Company is without an adequate remedy at law except by this Court's declaratory judgment declaring the rights of the Plaintiff.

WHEREFORE, Plaintiff, Allstate Indemnity Company, requests this Court to assume jurisdiction of this cause and issue a judgment declaring the following:

(1)     That there is no insurance coverage afforded by Allstate Indemnity Company for any conduct committed by Defendant John Terry.

(2)     That Allstate Indemnity Company has no duty to defend or indemnify Defendant John Terry in connection with the complaint filed by Defendants Juan M. Mendoza, Jr. and Mayda Giuselle Del Sid in Case Number CL-00-191A1.

(3)     That this Court grant such further additional, alternative or supplemental relief as it deems appropriate.

(4)     That this Court reserve jurisdiction of this matter in order to determine further equities between the Plaintiff and Defendants as they exist or may arise by reason of any declaration of rights made herein.

(5)     That this Court award the Plaintiff, Allstate Indemnity Company, its costs incurred by the necessity of filing this action.

Dated this 12th day of December, 2001.

DARRYL L. GAVIN
Florida Bar No. 0705195
RUMBERGER, KIRK & CALDWELL
A Professional Association
Signature Plaza, Suite 300
201 South Orange Avenue
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for Plaintiff
Allstate Indemnity Company

# 639315

6

DECLARATIONS---BUSINESS AUTO POLICY

**POLICY NUMBER:** 649831815 BAP

ISSUED BY   ALLSTATE INDEMNITY COMPANY
                     2775 SANDERS ROAD
                                                                    HOME OFFICE - NORTHBROOK, IL 60062
ITEM ONE   NAMED INSURED: JOHN TERRY
                     ADDRESS         148 CORDOBA CIR          RYL PALM BCH, FL 33411
                     FORM OF NAMED INSURED'S BUSINESS:  INDIVIDUAL
                     NAMED INSURED'S BUSINESS:                LANDSCAPING
                     POLICY PERIOD: Policy covers FROM JANUARY 30, 1999     TO JANUARY 30, 2000
                                       12:01 A.M. Standard Time at the Named Insured's Address stated above.
In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS** This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT - THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 07 | $30,000 | $1,252.00 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault coverage) | 07 | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS DEDUCTIBLE (SEE SCHEDULE) | $102.00 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent added No-fault coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS DEDUCTIBLE FOR EACH ACCIDENT | |
| AUTO MEDICAL PAYMENTS | | | |
| UNINSURED MOTORISTS | | | |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 07 | ACTUAL CASH VALUE OR COST OF RE-PAIR, WHICHEVER IS LESS MINUS DED. FOR EACH COVERED AUTO, BUT NO DED. APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. SEE ITEM FOUR FOR HIRE OR BORROWED "AUTOS." (See Schedule) | $475.00 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS $25 Ded. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM (See Schedule) | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 07 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS DEDUCTIBLE FOR EACH COVERED AUTO. (See Schedule) | $690.00 |
| PHYSICAL DAMAGE TOWING AND LABOR (Not Available in California) | | SEE SCHEDULE | |
| | | PREMIUM FOR ENDORSEMENTS NOT INCLUDED ABOVE | $60.00 |
| | | *ESTIMATED TOTAL PREMIUM | $2,579.00 |

*This policy may be subject to final audit.

estimated total premium for this policy is based on the exposures you told us you would have when this policy began. We will compute final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium and you will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured w[...] refund.

[...] policy is issued for more than one year, the premium shall be computed annually based on our rates or premiums in effect at th[...] [...]nning of each year of the policy.

FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION

| | | | | | |
|---|---|---|---|---|---|
| 09 | 0590 | BU1110 | 0590 | CA0001 | 0797 |
| 50A | 1097 | IL0017 | 1198 | CA0267 | 1094 |
| 28 | 0594 | CA2210 | 0199 | CA9910 | 0797 |
| 16 | 1293 | CA9917 | 0797 | CA9944 | 1293 |
| 21 | 0498 | | | | |

[...] THREE - SCHEDULE OF COVERED AUTOS

See schedule attached, if applicable

[...] FOUR - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS

See schedule attached, if applicable

[...] FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY

See schedule attached, if applicable

[...]NESS WHEREOF, the Company named above, a stock Company, has caused this policy to be signed by its Secretary and its President [...]hbrook, Illinois.

Secretary

President

[...]tersigned JANUARY 30, 1999        at Northbrook, Il.        by HARRIS SPRAGUE INC

**FORMS ENDORSEMENT**

ALLSTATE INDEMNITY COMPANY                    HOME OFFICE - NORTHBROOK, IL 60062

It is agreed that the following forms and endorsements are a part of the policy:

```
 BU1109   0590   BU1110   0590   CA0001   0797   BU1330A 1097   IL0017   1198
 CA0267   1094   CA0128   0594   CA2210   0199   CA9910  0797   CA9916   1293
 CA9917   0797   CA9944   1293   IL0021   0498
```

This endorsement amends the policy to which it is attached as of the effective date and time of such policy, unless otherwise stated herein.

This endorsement is effective from JANUARY 30, 1999        , 12:01 A.M. Standard time, and forms a part of policy number 649831815  BAP      issued to JOHN TERRY

---

**BU37 (Ed. 10-97)**                                                    **Page 1 of 1**

BU114-2                                                        

POLICY NO: 649831815  BAP          **ITEM THREE- SCHEDULE OF COVERED AUTOS YOU OWN**          PAGE  1  OF 1

THE COVERAGE AFFORDED WITH RESPECT TO A SPECIFIC COVERED AUTO ARE ONLY THOSE COVERAGES UNDER WHIC
A PREMIUM OR AN 'INCL' (INCLUDED) IS ENTERED FOR THAT COVERED AUTO. THE LIMITS AFFORDED ARE THOSE SHOW
BELOW OR ON THE APPLICABLE POLICY OR ENDORSEMENT FORM.

### VEHICLE DESCRIPTION INFORMATION

| AUTO | GARAGING CITY | STATE | TER | YEAR | DESCRIPTION | CUST ID | CLASS | AGE |
|------|---------------|-------|-----|------|-------------|---------|-------|-----|
| 001 | WEST PALM BEACH | FL | 020 | 96 | FORD F150 | | 01189 | 4 |
| 002 | ROYAL PALM BEACH | FL | 020 | 97 | FORD F37* F SERIES | | 01189 | 3 |
| 003 | ROYAL PALM BEACH | FL | 020 | 80 | CONSOLID TRAILER | | 69189 | 6 |

| AUTO | SERIAL NUMBER | COST NEW | LIEN HOLDER | COMMENTS | STATED AMOUNT |
|------|---------------|----------|-------------|----------|---------------|
| 001 | 1FTEF15Y8TNA01767 | 15,625 | | | ACV |
| 002 | 1FDKF37H3VED03106 | 31,100 | YES | | ACV |
| 003 | 266579529 | 3,000 | | | ACV |

### VEHICLE COVERAGE LIMITS / DEDUCTIBLES

| AUTO | DEDUCTIBLES OTC | COLL | PIP | OBEL LMT(000) | MED PAY LIMITS | UM MTRST LIMITS (000) | UNDER MTRST LIMITS (000) | CT UIMC | NY SUM LIMIT (000) | TOWING & LABOR |
|------|-----|------|-----|---------------|----------------|-----------------------|--------------------------|---------|--------------------|----------------|
| 001 | 250 | 250 | 0 | | | | | | | |
| 002 | 250 | 250 | 0 | | | | | | | |
| 003 | 250 | 250 | 0 | | | | | | | |

### VEHICLE COVERAGE PREMIUMS

| AUTO | LIAB | PIP | ADDED PIP | MED PAY | UM MTRST | UNDER MTRST | COMP | SPEC CAUSES | COLL | COMB | TOWING &LABOR |
|------|------|-----|-----------|---------|----------|-------------|------|-------------|------|------|---------------|
| 001 | $626 | $45 | | | | | $165 | | $217 | | |
| 002 | $626 | $57 | | | | | $304 | | $455 | | |
| 003 | INCL | | | | | | $6 | | $18 | | |

| AUTO | RENTAL REIM | CB/ AUDIO | TAPES/ RECORDS | PPI | PD BUYBACK | OTHER | OBEL | NY SUM | LEASE LOAN | TOTAL PREMIUM |
|------|-------------|-----------|----------------|-----|------------|-------|------|--------|------------|---------------|
| 001 | | | | | | | | | | $1053 |
| 002 | | | | | | | | | | $1442 |
| 003 | | | | | | | | | | $24 |

(IF NO ENTRY APPEARS ABOVE, INFORMATION REQUIRED TO COMPLETE THE ENDORSEMENT WILL BE SHOWN IN TH
DECLARATIONS AS APPLICABLE TO THIS ENDORSEMENT.)

**BU1330A-1** (ED. 10-97)

BU114-2



COMMERCIAL AUTO
CA 00 01 07 97

## BUSINESS AUTO COVERAGE FORM

arious provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is nd is not covered.

hroughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", us" and "our" refer to the Company providing this insurance.

ther words and phrases that appear in quotation marks have special meaning.  Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

em Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical /mbols describe the "autos" that may be covered "autos".  The symbols entered next to a coverage on the Declarations esignate the only "autos" that are covered "autos".

. **Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols |
|---|---|
| **1** | = Any "Auto" |
| **2** | = Owned "Autos" Only.  Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own).  This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | = Owned Private Passenger "Autos" Only.  Only the private passenger "autos" you own.  This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | = Owned "Autos" Other Than Private Passenger "Autos" Only.  Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own).  This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | = Owned "Autos" Subject To No-Fault.  Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged.  This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | = Owned "Autos" Subject To A Compulsory Uninsured Motorists Law.  Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage.  This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | = Specifically Described "Autos".  Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | = Hired "Autos" Only.  Only those "autos" you lease, hire, rent or borrow.  This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees" or partners or members of their households. |
| **9** | = Nonowned "Autos" Only.  Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business.  This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

BU114-2



**1. Who Is An Insured**

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

  **(1)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

  **(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

  **(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

  **(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

  **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments.**

In addition to the Limit of Insurance, we will pay for the "insured":

  **(1)** All expenses we incur.

  **(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

  **(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

  **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

  **(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

  **(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

  **(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

  **(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

---

CA 00 01 07 97          Copyright, Insurance Services Office, Inc., 1996          **Page 3 of 14**

BU114-2



7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

BU114-2



**(2)** The covered "auto's" overturn.

**b. Specified Causes of Loss Coverage.**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage.**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing.**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles.**

If you carry Comprehensive Coverage for the damaged covered "auto," we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

We will also pay up to $15 per day to a maximum of $450 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

BU114-2



**Limit Of Insurance**

The most we will pay for "loss" in any one "accident" is the lessor of:

1.  The actual cash value of the damaged or stolen property as of the time of the "loss"; or

2.  The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

). **Deductible**

For each covered "auto," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations.  Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

---

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**. Loss Conditions**

1.  **Appraisal For Physical Damage Loss**

    If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss".  In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.  The appraisers will state separately the actual cash value and amount of "loss".  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding. Each party will:

    a.  Pay its chosen appraiser; and

    b.  Bear the other expenses of the appraisal and umpire equally.

    If we submit to an appraisal, we will still retain our right to deny the claim.

2.  **Duties In The Event Of Accident, Claim, Suit Or Loss**

    We will have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    a.  In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss".  Include:

        (1)  How, when and where the "accident" or "loss" occurred;

        (2)  The "insured's" name and address; and

        (3)  To the extent possible, the names and addresses of any injured persons and witnesses.

    b.  Additionally, you and any other involved "insured" must:

        (1)  Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        (2)  Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

        (3)  Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

        (4)  Authorize us to obtain medical records or other pertinent information.

---

**CA 00 01 07 97**          Copyright, Insurance Services Office, Inc., 1996          **Page 9 of 14**

BU114-2



**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico; and

BU114-2



Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

"Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

"Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

"Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification or a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; or

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

"Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

"Loss" means direct and accidental loss or damage.

"Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

---

**CA 00 01 07 97**          Copyright, Insurance Services Office, Inc., 1996          **Page 13 of 14**



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**FLORIDA CHANGES**

s endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

h respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the
dorsement.

PHYSICAL DAMAGE COVERAGE is changed as follows:

1.  No deductible applies to "loss" to glass used in the windshield.

2.  All other PHYSICAL DAMAGE COVERAGE provisions will apply.

3.  Paragraph 1. of LOSS CONDITIONS, APPRAISAL FOR PHYSICAL DAMAGE LOSS, is replaced by the following:

    **1.  APPRAISAL FOR PHYSICAL DAMAGE LOSS**

    If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a
    demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance
    with the Mediation provision contained in this endorsement. The mediation must be completed before a demand
    for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will se-
    lect a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of
    "loss". If they fail to agree, they will submit their differences to the umpire  A decision agreed to by any two will
    be binding. Each party will:

    **a.**  Pay its chosen appraiser, and

    **b.**  Bear the other expenses of the appraisal and umpire equally.

    If we submit to an appraisal, we will still retain our right to deny the claim.

The following condition is added to the General Conditions:

**B. MEDIATION**

1.  In any claim filed by an "insured" with us for:

    **a.**  "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of
    a covered "auto";

    **b.**  "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered
    "auto", or

    **c.**  "Loss" to a covered "auto" or its equipment, in any amount.

A 01 28 05 94          Copyright, Insurance Services Office, Inc., 1993          Page 1 of 2

BU114-2



POLICY NUMBER:  649831815  BAP

COMMERCIAL AUTO
CA 22 10 01 99

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective:  JANUARY 30, 1999 | Countersigned By: |
|---|---|
| Named Insured:<br>JOHN TERRY | (Authorized Representative) |

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

## SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $     is applicable to

    ☐ the following "named insured" only:

    ☐ each "named insured" and each dependent -"family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent "family member" does not apply.

☐ Coverage reduced by military benefits for "named insured" and dependent "family member".

| Benefits | Limit per person |
|---|---|
| Total aggregate limit | Up to $10,000 |
| Death Benefits | $5,000<br>(included in aggregate) |
| Medical expenses | 80% of medical expenses<br>subject to total aggregate limit |
| Work loss | 60% of work loss<br>subject to total aggregate limit |
| Replacement services expense | subject to total aggregate limit |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Copyright, Insurance Services Office, Inc., 1998

BU114-2



3. If personal injury protection benefits, under the Florida Motor Vehicle No-Fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

4. The deductible amount shown in the Schedule will be deducted from the lessor of:

   a. The total benefits otherwise payable under this insurance to any one person in any one "accident"; or

   b. The applicable limit of our liability.

   The total benefits otherwise payable means the total amount of medical expenses, work loss, and replacement services expenses after the application of any percentage limitation set forth in the Schedule. The deductible does not apply to the death benefit.

5. If an entry in the Schedule so indicates, any amount payable under this insurance to the "named insured" or dependent "family member" will be reduced by any benefits payable by the Federal Government to active or retired military personnel and their dependent "family member". If those benefits are not available at the time of "loss", we will have the right to recompute and charge the appropriate premium.

E. Changes In Conditions

   The Conditions are changed for Personal Injury Protection as follows:

   1. Duties In The Event Of Accident, Claim, Suit Or Loss

      In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

      If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

   2. Legal Action Against Us is changed by adding the following:

      No one may bring a legal action against us under this insurance until 30 days after the required notice of "accident" and reasonable proof of claim has been filed with us.

3. Transfer Of Rights Of Recovery Against Others To Us is replaced by the following:

   Unless prohibited by the Florida Motor Vehicle No-Fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

   a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgement resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

   b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

   c. The company providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle".

F. Additional Conditions

   The following Conditions are added:

   1. Arbitration

      If a person who provides medical services or supplies has agreed to accept assignment of personal injury protection benefits, and claims dispute involving medical expenses between the Company and that provider shall be decided by binding arbitration in accordance with the provisions of the Florida Arbitration Code. The prevailing party shall be entitled to attorney's fees and costs.

   2. Mediation

      a. In any claim filed by an "insured" with us for:

         (1) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

 Copyright, Insurance Services Office, Inc., 1998

BU114-2



6. **Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying" or through being struck by, a motor vehicle rented or leased under a rental or lease agreement, the personal injury protection afforded under the lessor's policy shall be primary, unless the face of the agreement contains, in at least 10-point type, the following language:

The valid and collectible personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of personal injury protection coverage required by Section 627.736, Florida Statutes.

7. **Policy Period; Territory**

The insurance under this Section applies only to "accidents" which occur during the policy period:

a. In the state of Florida;

b. As respects the "named insured" or any "family member" while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

c. As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-Fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

G. **Additional Definitions**

As used in this endorsement:

1. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle;

However, "motor vehicle" does not include:

a. A mobile home;

b. Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority, or a political subdivision of the state.

2. "Family member" means a person related to the "named insured" by blood, marriage or adoption including a ward or foster child who is a resident of the same household as the "named insured".

3. "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

4. "Occupying" means in or upon or entering into or alighting from.

5. "Owner" means a person or organization who holds the legal title to a "motor vehicle", and also includes:

a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

c. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

6. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

BU114-2



POLICY NUMBER 649831815  BAP

COMMERCIAL AUTO
CA 99 10 07 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE--BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective JANUARY 30, 1999 | |
|---|---|
| Named Insured<br>JOHN TERRY | Countersigned By: |

(Authorized Representative)

## SCHEDULE

| Name of Individual | Liability | | Auto Medical Payments | |
|---|---|---|---|---|
| | Limit | Premium | Limit | Premium |
| JOHN         TERRY | $30,000 | $27 | | |

| Name of Individual | Uninsured Motorists | | Underinsured Motorists | | Physical Damage | |
|---|---|---|---|---|---|---|
| | Limit | Premium | Limit | Premium | Comp. | Coll. |
| JOHN         TERRY | | | | | $9 | $24 |

Note- When uninsured motorists is provided at limits higher than the basic limits required by a financial responsibility law, underinsured motorists is included, unless otherwise noted.  If underinsured motorists coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

(If no entry appears above, information required to complete the endorsement will be shown in the Declarations as applicable to this endorsement.)

CA 99 10 07 97          Copyright, Insurance Services Office, Inc., 1996          **Page 1 of 2**

BU114-2



COMMERCIAL AUT

POLICY NUMBER: 649831815  BAP

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTOS SPECIFIED AS COVERED AUTOS YOU OWN

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective JANUARY 30, 1999 | |
|---|---|
| Named Insured<br>JOHN TERRY | Countersigned by |

(Authorized Representative)

## SCHEDULE

**Description of Auto:**

    All automobiles leased to the Named Insured for a term of not less than one year wherein the Named
    Insured has agreed in an automobile lease agreement to furnish automobile insurance.

. Any "auto" described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire, borrow or lease under the coverage for which it is a covered "auto."

. **CHANGES IN LIABILITY COVERAGE**

The following is added to WHO IS AN INSURED:

While any covered "auto" described in the Schedule is rented or leased to you and is being used by or for you, its owner or anyone else from whom you rent or lease it is an "insured" but only for that covered "auto."

A 99 16 (Ed. 12 93)          Copyright, Insurance Services Office, Inc., 1993

BU114-2



COMMERCIAL AUTO
CA 99 17 07 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIVIDUAL NAMED INSURED

This endorsement modifies insurance provided under the following:

      BUSINESS AUTO COVERAGE FORM
      BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

If you are an individual, the policy is changed as follows:

**A.  Changes In Liability Coverages**

   **1.**  The Fellow Employee Exclusion does not apply to "bodily injury" to your or any "family member's" fellow employees.

   **2.  Personal Auto Coverage**

      While any "auto" you own of the "private passenger type" is a covered "auto" under Liability Coverage:

      **a.**  The following is added to **Who Is An Insured:**

         "Family members" are "insureds" for any covered "auto" you own of the "private passenger type" and any other "auto" decsribed in Paragraph **2.b.** of this endorsement.

      **b.**  Any "auto" you don't own is a covered "auto" while being used by you or by any "family member" except:

         **(1)**  Any "auto" owned by any "family members".

         **(2)**  Any "auto" furnished or available for your or any "family member's" regular use.

         **(3)**  Any "auto" used by you or by any of your "family members" while working in a business of selling, servicing, repairing or parking "autos".

         **(4)**  Any "auto" other than an "auto" of the "private passenger type" used by you or by any of your "family members" while working in any other business or occupation.

      **c.**  The Pollution Exclusion and, if forming a part of the policy, the Nuclear Energy Liability Exclusion (Broad Form), does not apply to any covered "auto" of the "private passenger type".

      **d.**  The following exclusion is added and applies only to "private passenger type" covered "autos":

      This insurance does not apply to:

      "Bodily injury" or "property damage" for which an "insured" under the policy is also an "insured" under a nuclear energy liability policy or would be an "insured" but for its termination upon its exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or any of their successors. This exclusion does not apply to "autos" registered or principally garaged in New York.

   Copyright, Insurance Services Office, Inc., 1997

BU114-2



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.   We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

B.   The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.   We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain his rights against any other party.

:A **99 44** (Ed. 12 93)         Copyright, Insurance Services Office, 1993





THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL AUTO COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIAIBILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAYS LIABILITY POLICY NEW YORK DEPARTMENT OF
>  TRANSPORTATION
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material" if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf on an "insured "; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation, or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

          Copyright, Insurance Services Office, 1997          **Page 1 of 2**



# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurace afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to

BU114-2



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**FLORIDA CHANGES - CANCELLATION AND NONRENEWAL**

is endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE PART

th respect to the Coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by
: endorsement.

Paragraph A.2.b. of the Common Policy Conditions, **CANCELLATION** is changed to read as follows:

**b.** 45 days before the effective date of cancellation if we cancel for any other reason. The notice of cancellation will state
the reason(s) for the cancellation.

The following is added to paragraph A. of the Common Policy Conditions, **CANCELLATION:**

**7.** If this policy provides Personal Injury Protection and Liability Coverage in accordance with Section 627.7275 of the
Florida Insurance Law, and:

    **a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days following
the date of issuance or renewal, except for one of the following reasons:

        **(1)** The covered "auto" is completely destroyed such that it is no longer operable, or

        **(2)** Ownership of the covered "auto" is transferred.

        **(3)** The "named insured" has purchased another policy covering the motor vehicle insured under this policy.

    **b.** It is a new policy, we may not cancel for nonpayment of premium during the first 60 days following the date of
policy issuance unless a check used to pay us is dishonored for any reason.

The following Condition is added:

**NONRENEWAL**

**1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy
period.  If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current
policy period.  Failure to pay the required renewal or continuation premium when due shall mean that you have not
accepted our offer.

**2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date
of that insurance.

**3.** Notice of Nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy
period will end on that date.

:A 02 67 10 94          Copyright, Insurance Services Office, Inc., 1994

BU114-2



**CERTIFICATE OF INSURANCE**

EFFECTIVE DATE
OF CERTIFICATE
01/30/99

LLSTATE INDEMNITY COMPANY
OME OFFICE - NORTHBROOK, IL 60062
reby certifies that the following insurance is in force:

| POLICYHOLDER | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| JOHN TERRY | 649831815  BAP | 01/30/99    TO 01/30/00 |
| | | AT 12:01 A.M. STANDARD TIME |

148 CORDOBA CIR
RYL PALM BCH, FL  33411

e person or organization designated below is described in the policy as:

FORD MOTOR CREDIT

PO BOX 6068
ROME, GA  30162

| | |
|---|---|
| X | LIENHOLDER (Loss Payable Clause) |
| | ADDITIONAL INTERESTED PARTY |
| | ADDITIONAL INSURED |
| | CERTIFICATE HOLDER |

overages designated are afforded as stated below:

1997   FORD F37* F SERIES                    1FDKF37H3VED03106
COLLISION    -  $250 DEDUCTIBLE - - COMPREHENSIVE -  $250 DEDUCTIBLE

the person or organization stated above:

is policy, as respects the interest of the loss payee, additional interested party, additional insured or certificate holder
med herein, may be cancelled by the Company during the policy period by giving such person or organization 10 days
ritten notice at its last address known to the Company.

oof of such mailing is deemed sufficient proof of such notice.

is Certificate of Insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by the policy
ferred to above.

J1380-1                                                                    PAGE 1 OF 1

BU114-2



# IMPORTANT NOTICE

# FLORIDA

This is a summary of personal injury protection coverage (PIP) options. No coverage is provided by this summary, nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

## FLORIDA PERSONAL INJURY PROTECTION (NO-FAULT) COVERAGE OPTIONS

Your policy includes PIP coverage. For an additional premium your policy may also contain Extended PIP, Added PIP or Broadened PIP. Each of these options is discussed below.

PLEASE NOTE - For **Commercial Automobile Insurance Policies,** PIP coverage is optional for the following:

- -Mobile Homes;
- -Taxicabs and Limousines; and
- -any motor vehicle used in mass transit or public school transportation.

**ALL** references to 'you' in the following explanatory material refer to the named insured only.

### Personal Injury Protection Coverage

Subject to your total aggregate limit, PIP pays 80% of medical expenses and 60% of work loss incurred as a result of an auto accident. PIP also pays for replacement services expenses incurred as a result of an auto accident and pays a death benefit. PIP applies to you and your family members. It also applies to any other person occupying your auto or struck, as a pedestrian, by your auto. The maximum amount that you may recover under PIP coverage is $10,000.

### Deductibles

To reduce the cost of PIP coverage, you may choose to have a deductible apply. The deductible amount is the amount that you will pay before you are entitled to any recovery from us under PIP coverage.

You may choose a $250, $500, $1,000 or $2,000 deductible to apply to PIP benefits. The higher your deductible, the greater your premium savings will be.

You can have the deductible apply to:

1.   Only you and your spouse; or

2.   You, your spouse and dependent family members.

**CID275**                                                                                                                             **PAGE 1 of 3**

BU114-2



## Coordination With Military Benefits

You may <u>not</u> elect coordination of military benefits if you purchase Extended Personal Injury Protection.

## Added Personal Injury Protection

If you purchase Extended PIP then you may also purchase Added Personal Injury Protection. Added Personal Injury Protection increases the $10,000 maximum limit. Limits of $25,000, $40,000 and $90,000 are available.

## Broadened Personal Injury Protection Coverage-Named Individuals

If there is someone who regularly operates your auto, who is not a family member, you may broaden PIP coverage for that person by naming that individual as the named insured.

There will be an additional premium charge for each named individual added to the policy for PIP coverage. The named individuals may also be afforded Added Pip coverage.

If you would like to purchase any of the options mentioned above, please contact your agent.

**CID275**

**PAGE 3 of 3**

BU114-2



## IMPORTANT NOTICE - PLEASE READ CAREFULLY

Dear Policyholder:

### Uninsured Motorists Coverage

Florida law requires that automobile liability policies include Uninsured Motorists Coverage at limits equal to the bodily injury liability limits in your policy unless you select a lower limit offered by the Company, or reject Uninsured Motorists Coverage entirely.  If you are uncertain which uninsured motorists coverage liability limits you have selected, please check your Declarations page.  After reading the information below, you may decide to keep your coverage limits as they are, or change them according to your present needs.

### What Does Uninsured Motorists Coverage Offer?

Uninsured Motorists Coverage provides you with protection (up to your policy limits) for damages you sustain in an accident caused by an Uninsured Driver which includes:

Drivers with no liability insurance,
Hit-and-run drivers, and
Drivers insured by insurance companies that are unable to meet their obligations within 4 years from the date of the accident.

And, an Underinsured Driver which includes:

Drivers whose liability limits are less than the amount of your damages.

### What Are Your Availiable Uninsured Motorists Coverage Options?

1.    You may select Uninsured Motorists Coverage in an amount equal to your limits for Bodily Injury Liability Coverage.

2.    You may select Uninsured Motorists Coverage limits which are lower than your Bodily Injury Liability limits.

3.    Or, you may reject Uninsured Motorists Coverage.

### Non-Stack Option

You may purchase, at a reduced rate, a non-stacked (limited) type of Uninsured Motorists Coverage. Under this form of coverage, if injury occurs in a vehicle insured under this policy, you are protected only to the extent of your coverage limits (if any) shown on your Declarations page for that vehicle.

If you do not elect to purchase the non-stacked form of Uninsured Motorists Coverage, your limits (if any) for each vehicle insured under this policy are added together (stacked) to pay for damages sustained in an accident.  Thus, your policy limits would automatically change during the policy period if you increase or decrease the number of autos insured under this policy.

Please contact your agent if you wish to revise the coverage you presently have, or have questions regarding your Uninsured Motorists limits.  By contacting your agent we can be sure to provide the coverage of your choice.

**CID120** (Ed. 3-88)



IMPORTANT NOTICE - PLEASE READ CAREFULLY

Please be advised that recent Florida legislation requires us to report to the Department of Highway Safety and Motor Vehicle any cancellation or nonrenewal of any insurance policy which provides personal injury protection benefits.

In addition, if you fail to maintain personal injury protection and property damage liability insurance on a motor vehicle, when required by law, you may lose your registration and driving privileges in Florida, and you may be obligated to pay the following reinstatement fees:

| | |
|---|---|
| $150 | First reinstatement |
| $250 | Second reinstatement within 3 years |
| $500 | Third reinstatement and each subsequent reinstatement within 3 years of first reinstatement |

CID137X-1

BU114-2



# LOSS CONTROL SERVICES

To aid in your efforts to prevent accidents and minimize accident losses, the following professional loss control consultation services are available to our policyholders if it relates to coverages provided:

(1) **Identification** and evaluation of exposures to accidents and losses.

(2) **Evaluation** of existing loss control methods and procedures.

(3) **Development, Implementation and re-evaluation** of loss control improvements.

Specific Loss Control Services available include:

**People Safety** (employees or general public)

- **Analysis of past accidents and losses** to determine loss control needs.
- **Work place evaluations and recommendations** for hazard control improvement.
- **Evaluation of safety management** policies and procedures and recommendations for improvement.
- **Safety training and materials.**
- **Indentification of potential Industrial Hygiene exposure.**

**Property Safety** (real and personal property)

- **Evaluation of automatic sprinkler systems.**
- **Evaluation of emergency procedures.**
- **Implementation of a fire protection impairment program.**

**Automobile Safety** (employees or property)

- **Analysis of past accidents and losses** to determine loss control needs.
- **Evaluation of driver selection** methods and procedures.
- **Vehicle maintenance program evaluations.**
- **Evaluation of safety management** policies and procedures and recommendations for improvement.
- **Driver safety training** and materials.

If you are interested in discussing any of these services, contact your local Loss Control Coordinator or Agent.

**X5202 (12/94)**

BU114-2



To:   Florida Commercial Insurance Policyholders

Subject:   Risk Management Plans/Loss Control Services

Insurance laws of the State of Florida makes provisions for the availability of risk management services by each insurer offering commercial casualty insurance and/or commercial property insurance in the state.

We have attached a list of Loss Control Services available to assist you with risk management plans.  These services are provided at no additional charge to you.

For further information on these Loss Control Services please complete the information requested at the bottom of the page and forward to:

> Loss Control Coordinator
> ALLSTATE INDEMNITY COMPANY
> 700 Bartholomew Way
> Longwood, Florida  32750
> Phone (407) 830-5834

Please complete the information requested below:

Check one: _____   Yes, I am requesting services _____   No, I am declining services

Policy Number:        649831815  BAP

Policyholder Name:    JOHN TERRY

Address:              148 CORDOBA CIR

City, State, Zip Code:   RYL PALM BCH, FL  33411

Contact Name:_____Phone (   ) _____

**CID 142A-3  (1/96)**

BU114-2



Your policy has been issued on Allstate's convenient 9 pay plan. Here's how it works:

Initial Bill     25% of Premium - Due on
Effective Date of Policy

Seven Bills  -  10% Each - Due on Effective
Date of Policy Each Month

Final Bill  -  5% of Premium - Due Eight Months
After Effective Date

Audits -  If your policy is subject to audit, the audit will be
completed at the end of the policy year. Additional
audit premium will be added to your next billing.
return premium will be credited to your account.

To assure full protection, payments should be made promptly.

Please contact your Allstate agent concerning questions on
your account.

4-1

THIS ENDORSEMENT CHANGES THE POLICY - PLEASE READ IT CAREFULLY

## COLLISION COVERAGE - WAIVER OF DEDUCTIBLE

The endorsement modifies insurance provided under the following:

### BUSINESS AUTO COVERAGE FORM

It is agreed that when Collision Coverage is provided by this coverage form, the deductible amount will not be subtracted from the loss payment in collisions involving your covered auto and another auto covered by Allstate Insurance Company or Allstate Indemnity Company.

**U1109 (0590)**

BU114-2



THIS ENDORSEMENT CHANGES THE POLICY - PLEASE READ IT CAREFULLY

# PHYSICAL DAMAGE COVERAGE AMENDMENT

e endorsement modifies insurance provided under the following:

## BUSINESS AUTO COVERAGE FORM

Physical Damage Coverage is provided by this coverage form the following kinds of autos are covered autos for the me coverages:

1. Any private passenger "auto" you do not own while used with the permission of the owner as a temporary substitute for a covered private passenger "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction

2. Private passenger autos leased, hired, rented, or borrowed for a period of 30 days or less. This does not include any private passenger "auto" you lease, hire, rent, or borrow from any of your employees or partners or members of their households.

**J1110 (0590)**

BU114-2



**IMPORTANT NOTICE**
**AUTO SAFETY EQUIPMENT DISCOUNTS**


Dear Policyholder:


You are eligible for a discount on your auto insurance if your automobile is equipped with factory installed automatic motorized seatbelts, airbags or antilock brakes on all wheels.   *


If your auto is equipped with any of these safety devices or if you have any questions regarding the discounts, please contact your agent.


**\*Note:**

    (a)  The discount for automatic motorized seatbelts is not available in California, Hawaii, Massachusetts or Michigan.

    (b)  The discount for airbags is not available in California or Massachusetts.

    (c)  The discount for antilock brakes is not available in California, Massachusetts or Texas.

    (d)  A discount for five-mile-per-hour bumpers or traction control system is available in New Jersey.


**CID 232-1**



Case 0:01-cv-09073-WPD Document 1 Entered on FLSD Docket 12/13/2001 Page 41 of 49

PJ00 OTE 1064000 02 01 PB 60 40 031915 02 ENDR 10/13/2001 DESCRIPTION

| CHG NUM | CHANGE DOC? | SCH? | CHG# OVER | CHG REV? | EFF DATE | PROCESS DATE | TIME | INPUT OPER | QV OPER | QV LVL | PREMIUM DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | N | N | | N | 050499 | 051199 | 12:30 | CGJ | R1CJELK | 4 | 0.00 |

IT IS HEREBY AGREED THAT THE POLICY HAS BEEN AMENDED AS FOLLOWS:
    PJ70 12 DRIVER INFORMATION (PJ65) AMENDED
IT IS HEREBY AGREED TO DEL CARL ECKHARDT

                                                                    QV Y

PF4 TO ACCESS ENDORSEMENT VERBIAGE

# IMPORTANT NOTICE

## TO FLORIDA POLICYHOLDERS

For inquiries, to obtain coverage information and to receive assistance in resolving complaints, call **(800) 729-3005.**

**U 181**
d. 10-92)



POLICY ENDORSEMENT
Endorsement Number 003

ALLSTATE INDEMNITY COMPANY
HOME OFFICE - NORTHBROOK, IL 60062

JOHN TERRY

HARRIS SPRAGUE INC

148 CORDOBA CIR
RYL PALM BCH, FL  33411

5319 LAKE WORTH RD
LAKE WORTH, FL  33463

The following amendment results in     RETURN PREMIUM OF $     328.00          . is effective
OCTOBER 08, 1999          12:01A.M. Standard Time at the address of the Insured,
and forms a part of policy number 649831815 BAP

---

IT IS HEREBY AGREED TO DELETE THE '96 FORD #1767 FROM THE POLICY.

---

The following taxes and/or surcharges have been added to your premium:

In witness whereof, ALLSTATE          has caused this endorsement to be signed by its secretary and its president, at
NORTHBROOK, ILLINOIS

Secretary

President

untersigned By HARRIS SPRAGUE INC

BU114-2



POLICY NO: 649831815  BAP

## VEHICLE DESCRIPTION INFORMATION

| AUTO | GARAGING CITY | STATE | TER | YEAR | DESCRIPTION | CUST ID | CLASS | AGE |
|------|--------------|-------|-----|------|-------------|---------|-------|-----|
| 004 | ROYAL PALM BEACH | FL | 020 | 99 | FORD F150 | | 01189 | 2 |

| AUTO | SERIAL NUMBER | COST NEW | LIENHOLDER | COMMENTS |
|------|--------------|----------|------------|----------|
| 004 | 1FTRX17W9XNB82913 | 24,187 | YES | |

## VEHICLE COVERAGE LIMITS / DEDUCTIBLES

| AUTO | STATED AMOUNT | DEDUCTIBLES OTC | COLL | PIP | OBEL LMT(000) | MED PAY LIMITS | UM MTRST LIMITS (000) | UNDER MTRST LIMITS (000) | CT UIMC | NY SUM LIMIT |
|------|---------------|-----|------|-----|---------------|----------------|------------------------|---------------------------|---------|--------------|
| 004 | ACV | 250 | 250 | 0 | | | | | | |

## VEHICLE COVERAGE PREMIUMS

| AUTO | LIAB | PIP | ADDED PIP | MED PAY | UM MTRST | UNDER MTRST | COMP | COLL | CB/ AUDIO | TOWING &LABOR | RENTAL REIMB |
|------|------|-----|-----------|---------|----------|-------------|------|------|-----------|---------------|--------------|
| 004 | $190 | $12 | | | | | $74 | $90 | | | |

| AUTO | TAPES RECORDS | PPI | PD BUYB | FIRE | FIRE/ THEFT | FTW | SPEC CAUSE | LTD SP CAUSE | OBEL | OTHER | NY SUM | TOTAL PREMIUM |
|------|---------------|-----|---------|------|-------------|-----|------------|--------------|------|-------|--------|---------------|
| 004 | | | | | | | | | | | | $366 |

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:   CL-00-191 AI

JUAN M. MENDOZA, JR., and
MAYDA GIUSELLE DEL SID,

     Plaintiffs,

v.

JOHN TERRY,

     Defendant.

_____/

## AMENDED COMPLAINT

     The Plaintiffs, JUAN M. MENDOZA, JR. ("MENDOZA") and MAYDA GIUSELLE DEL SID ("SID"), sue the Defendant, JOHN TERRY ("TERRY"), and for cause state unto this Court:

### COUNT 1

     1.    This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00).

     2.    The Defendant, JOHN TERRY, is a resident of Palm Beach County, Florida.

     3.    On the evening of October 5, 1999, TERRY picked up MENDOZA, who at the time was a minor, and took him to his home.  TERRY and MENDOZA consumed large quantities of beer into the early hours of the following morning.

     4.    At approximately 8:00 a.m., at which time MENDOZA was still under the influence of the alcohol which TERRY had negligently provided to MENDOZA, a minor,

Exhibit "B"

TERRY negligently entrusted a 1996 Ford truck which was owned by TERRY to MENDOZA.

5.    As a direct and proximate cause of the negligence of the Defendant TERRY, MENDOZA was involved in an automobile accident on or about October 6, 1999.

6.    As a direct and proximate result of the negligence of TERRY, MENDOZA was injured in and about body and extremities, and/or aggravated a pre-existing injury or condition thereto; suffered pain therefrom; incurred various medical and related expenses in the treatment of the injuries; suffered physical handicap; sustained permanent injuries within a reasonable degree of medical probability and/or permanent loss of bodily function, suffered loss of income, and Plaintiff shall suffer from such losses and impairments in the future.

WHEREFORE, Plaintiff, MENDOZA, demands judgment against Defendant, TERRY, for damages in excess of Fifteen Thousand Dollars ($15,000.00) plus reasonable costs, and such other relief as this Court deems proper.  Further, Plaintiff demands trial by jury of all issues so triable as of right by jury.

## COUNT II

7.    The Plaintiff, MENDOZA, realleges all the allegations contained in paragraphs one (1) through three (3) and five (5) and six (6) above as if fully set forth herein and further allege:

8.    As an alternative to paragraph four (4) above, Plaintiff alleges TERRY negligently made the keys to TERRY's vehicle available so that MENDOZA was able to take the vehicle.

WHEREFORE, Plaintiff, MENDOZA, demands judgment against Defendant, TERRY, for damages in excess of Fifteen Thousand Dollars ($15,000.00) plus reasonable costs, and such other relief as this Court deems proper. Further, Plaintiff demands trial by jury of all issues so triable as of right by jury.

### COUNT III

9.    Plaintiff realleges and reaffirms all allegations set forth in paragraphs one (1) through eight (8), above, and further alleges:

10.    The conduct described above was a violation of Florida Statute §856.015.

11.    Florida Statute §856.015 is a penal statute designed to protect a class of persons, of which MENDOZA is a member, from harm caused by the consumption of alcohol by a minor.

12.    The conduct of the TERRY was negligence per se.

WHEREFORE, Plaintiff, MENDOZA, demands judgment against Defendant, TERRY, for damages in excess of Fifteen Thousand Dollars ($15,000.00) plus reasonable costs, and such other relief as this Court deems proper. Further, Plaintiff demands trial by jury of all issues so triable as of right by jury.

### COUNT IV

13.    Plaintiff realleges and reaffirms all allegations set forth in paragraphs one (1) through six (6), eight (8) and ten (10) through twelve (12), above, as if fully set forth herein and further alleges:

14.    SID was the Mother and Natural Guardian of MENDOZA from October 5, 1999 until March 8, 2000, on which date MENDOZA reached his 18th birthday.

15.    As a direct and proximate cause of the negligence of the TERRY, SID

suffered the loss of the companionship and society of her minor child, MENDOZA.

WHEREFORE, SID demands judgment against TERRY for damages in excess

of Fifteen Thousand Dollars ($15,000.00) plus reasonable costs, and such other relief

as this Court deems proper.  Further, Plaintiff demands trial by jury of all issues so

triable as of right by jury.

DATED this _____ day of June, 2000.

DAVIS, GORDON & DONER, P.A.
515 North Flagler Drive
Northbridge Centre, Suite 700
West Palm Beach, Florida  33401
Telephone:  (561) 659-7337

BY: _____
ROBERT E. GORDON
FBN: 260479

P.05

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

Allstate Indemnity Company

## DEFENDANTS

Terry, John; Mendoza, Juan M. Jr.; Del Sid, Mayda Giuselle

MAGISTRATE JUDGE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  **Cook Co., Ill.**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Darryl L. Gavin, Rumberger, Kirk & Caldwell, P.O. Box 1873, Orlando, FL 32802 (407) 839-4569**

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION  (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR Plaintiff
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT  (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | BY 610 Agriculture | Y 422 Appeal 28 USC 158 | Y 400 State Reapportionment |
| Y 120 Marine | Y 310 Airplane | Y 362 Personal Injury — Med Malpractice | BY 620 Other Food & Drug | Y 423 Withdrawal 28 USC 157 | Y 410 Antitrust |
| Y 130 Miller Act | Y 315 Airplane Product Liability | Y 365 Personal Injury — Product Liability | BY 625 Drug Related Seizure of Property 21 USC 881 | | Y 430 Banks and Banking |
| Y 140 Negotiable Instrument | Y 320 Assault, Libel & Slander | Y 368 Asbestos Personal Injury Product Liability | Y 630 Liquor Laws | **PROPERTY RIGHTS** | BY 450 Commerce/ICC Rates/etc. |
| Y 150 Recovery of Overpayment & Enforcement of Judgment | Y 330 Federal Employers' Liability | | Y 640 R.R. & Truck | Y 820 Copyrights | Y 460 Deportation |
| Y 151 Medicare Act | Y 340 Marine | **PERSONAL PROPERTY** | Y 650 Airline Regs | Y 830 Patent | Y 470 Racketeer Influenced and Corrupt Organizations |
| BY 152 Recovery of Defaulted Student Loans (Excl' Veterans) | Y 345 Marine Product Liability | Y 370 Other Fraud | Y 660 Occupational Safety/Health | Y 840 Trademark | Y 810 Selective Service |
| BY 153 Recovery of Overpayment of Veteran's Benefits | Y 350 Motor Vehicle | Y 371 Truth in Lending | BY 690 Other | **SOCIAL SECURITY** | Y 850 Securities/Commodities/ Exchange |
| Y 160 Stockholders' Suits | Y 355 Motor Vehicle Product Liability | Y 380 Other Personal Property Damage | **LABOR** | Y 861 HIA (1395ff) | Y 875 Customer Challenge 12 USC 3410 |
| Y 190 Other Contract | Y 360 Other Personal Injury | Y 385 Property Damage Product Liability | Y 710 Fair Labor Standards Act | Y 862 Black Lung (923) | Y 891 Agricultural Acts |
| Y 195 Contract Product Liability | | | Y 720 Labor/Mgmt. Relations | Y 863 DIWC/DIWW (405(g)) | Y 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | Y 864 SSID Title XVI | Y 893 Environmental Matters |
| Y 210 Land Condemnation | Y 441 Voting | BY 510 Motions to Vacate Sentence | Y 730 Labor/Mgmt. Reporting & Disclosure Act | Y 865 RSI (405(g)) | Y 894 Energy Allocation Act |
| BY 220 Foreclosure | Y 442 Employment | **HABEAS CORPUS:** | Y 740 Railway Labor Act | **FEDERAL TAX SUITS** | Y 895 Freedom of Information Act |
| Y 230 Rent Lease & Ejectment | Y 443 Housing/ Accommodations | AY 530 General | Y790 Other Labor Litigation | AY 870 Taxes (U.S. Plaintiff or Defendant) | Y 900 Appeal of Fee Determination Under Equal Access to Justice |
| Y 240 Torts to Land | Y 444 Welfare | AY 535 Death Penalty | Y 791 Empl. Ret. Inc. Security Act | AY 871 IRS – Third Party 26 USC 7609 | Y 950 Constitutionality of State Statutes |
| Y 245 Tort Product Liability | Y 440 Other Civil Rights | BY 540 Mandamus & Other | | | Y 890 Other Statutory Actions A OR B |
| Y 290 All Other Real Property | | BY 550 Civil Rights | | | |
| | | BY 555 Prison Condition | | | |

## VI. CAUSE OF ACTION  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY )

**Declaratory judgment action brought pursuant to 28 U.S.C. § 2201(a) and 28 U.S.C. § 1332(a)(1) to determine rights under liability insurance policy.**

LENGTH OF TRIAL
via  **2**  days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** Declaratory relief

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S)  (See instructions):

IF ANY   N/A   JUDGE _____   DOCKET NUMBER _____

DATE   **12/12/01**

SIGNATURE OF ATTORNEY OF RECORD   **Darryl L. Gavin**

FOR OFFICIAL USE ONLY

RECEIPT # **2215493**   AMOUNT **150.**   APPLYING IFP _____   JUDGE **WPD**   MAG. JUDGE **LRJ**

JS 44 Reverse
(Rev. 12/96)